AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ERIC SEAN JORDAN,**

    **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, LEBANON**     **CASE NO. C2-08-632**
**CORRECTIONAL INSTITUTION,**     **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE TERENCE P. KEMP**

    **Respondent.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed January 5, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: January 5, 2010      JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk